AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF INDIANA

CHRISTOPHER GLENN )
_Petitioner_ )
)
v. ) Case No. 2:23-cv-00053-JRS-MKK
) _(Supplied by Clerk of Court)_
)
S. ( FNU ) KALLIS, Complex Warden )
_Respondent_ )
(name of warden or authorized person having custody of petitioner)

**FILED**
02/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Christopher Glenn
   (b) Other names you have used: NONE

2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex, And U.S. Penitentiary
   (b) Address: P.O. Box 33
   Terre Haute, Indiana 47808-0033
   (c) Your identification number: Fed. No. 04919-104

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court, for the District Court, Miami, Florida
   (b) Docket number of criminal case: 9:14-CR-80031-KAM-1
   (c) Date of sentencing: July 31, 2015
   ☐ Being held on an immigration charge
   ☐ Other _(explain):_

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☒ Disciplinary proceedings

   ☐ Other *(explain)*: Action was taking of Privlidge, only permitted in a Disciplinary Proceeding, BOP admits to having Disciplinary, taking rights, in violation Due Process, as he was not invited to hearing, Atypical and Significant

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: USP Terre Haute, Disciplinary Hearing Terre Haute, Indiana, A Federal Bureau Of Prisons, Institution

   (b) Docket number, case number, or opinion number: None Issued, Arbrtrary Action

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Disciplinary Action, and taking of Privlidges of E-Mail, which is effecting A Right to a Privlidge, that is communication with family, But upon arrival was taken after BOP Granted First, and only by Disciplinary, I was not invited

   (d) Date of the decision or action: July 14, 2018, (Exhibit "E-Mail").

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: USP / THX - Counsler BP-8½

   (2) Date of filing: July 14, 20

   (3) Docket number, case number, or opinion number: No Number listed on Informal

   (4) Result: Denied

   (5) Date of result: UK

   (6) Issues raised: Taking Of Privlidge, Computer E-Message, without my participation, or invite to a Disciplinary Hearing, per policy but continued denial of a Right to a Privlidge, that was first given and taken without a Disciplinary Hearing, as per policy.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   xx☒ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: USP / THX Warden; useing a BP-(9) USB Terre Haute, v.i..a. Counsler, per policy.

   (2) Date of filing: July 21, 2021,

   (3) Docket number, case number, or opinion number: 1088463-F1

   (4) Result: Denial

   (5) Date of result: July 23, 2021   ( But Rev-ed  August 2, 2021. )

   (6) Issues raised: Useing (1) A Disciplinary Hearing, to take away contact to family, useing a Disciplinary Hearing Process, But without letting Petitioner, to participate in process, action appears to be illegal as Arbrtrary. But taking of "Right To Privlidge, Given", by BOP without just reason or it's process.

   (b) If you answered "No," explain why you did not file a second appeal: _____
   N/a

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   x☒ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: North Central Regional Office, BP -10 Kansas City, Kansasa

   (2) Date of filing: August 9, 2021

   (3) Docket number, case number, or opinion number: 1088463-R-1

   (4) Result: Denied

   (5) Date of result: August 20, 2021

   (6) Issues raised: Same AS 8 ( above )

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ NONE _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing:        NONE
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____ NONE _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court:        NONE
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

NONE

NONE

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:    NONE

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised:    NONE

NONE

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result:
    (5) Date of result:
    (6) Issues raised:

NONE

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☐ No

If "Yes," provide:      NONE

(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:      NONE
(f) Date of result:
(g) Issues raised:

NONE

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Whether or Not The 'Right To A Privlidge, was Previously Granted by the Bureau Of Prisons, And Which Maintains The 'Policy' that the BOP is 'Instructed' to Issue, But Remove Only In Disciplinary, Or Obstructive Acts and that Without those acts being commited, the Right Should Remain?

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

That in 2014, while at a Federal Prison detention Center opeaated by the Federal Bureau Of Prisons, My Access to Computer E-Messageing was taken by Arbrtrary Reasons, by the BOP. Because I had never violated any rules, and because I agreed to all the terms, and because the system was 'secure', also assisted by Recommendation by the AUSA, and the BOP AUSA, as well as District Judge Recommendation of Miami, I was given 'Rights To Privlidge's in BOP

(b) Did you present Ground One in all appeals that were available to you?
xx☒ Yes ☐ No

**GROUND TWO:** That Upon Arrival At USP Terre Haute, In Indiana, I Was Denied My Request To restore That Privlidge, That It was Taken From Me For Arbrtrary Reasons, I asked And The Warden Stated 'He' took The Rights Because A Prior Institution Had Taken During Transfer To Terre Haute, So They Did, Refusing To Return

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Upon arrival. at USP Terre Haute, In Indiana. I was Placed in the CMU Program, While in the 'Secure program' I was then denied my contact useing the Trulincs, Being aware of the only way to get it removed was by a DHO for vi lation of a rule. I addressed this, they claim it was true, -see- remedy .. they cannot take for conduct before incarserated, as I also was granted Right To Privlidge By AUSA and; initial review by a AUSA, Jusge, and BOP Taking was Arbrtrary, and without cause.. Useing as they admit unlawful DHO action

(b) Did you present Ground Two in all appeals that were available to you?
xx☒ Yes ☐ No

**GROUND THREE:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Pursuant to the Due Process, as per the Supreme Court, it is the Process, following a Right, that was previously given useing a Policy which hereto limited the Taking without a Disciplinary Reason or cause and restricted the takeingg of a Previous Crime as a reason, and Knowing this held a Disciplinary Hearing Arbrtrarily and without the Petitioner, Move that the decision, which was previously granted, be restored, and Reverse the action and any other relief that this Court deems just, -see- Memorandum

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  1/1/2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any