UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHRISTOPHER GLENN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00053-JRS-MKK ) |
| S. KALLIS, | ) ) ) |
| Respondent. | ) |

## Final Judgment

The Court now enters final judgment. The petition for writ of habeas corpus is **DISMISSED without prejudice.**

Date: 3/22/2023

*James R. Sweeney*
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

CHRISTOPHER GLENN
04919-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808